DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSALIE L. JENKINS,**
Appellant,

v.

**PENNYMAC CORP.** and **MICHAEL L. BELL,**
Appellees.

No. 4D18-2067

[April 3, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE11-11357.

Rosalie L. Jenkins, West Park, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee PennyMac Corp.

PER CURIAM.

*Affirmed. See Hunnewell v. Palm Beach Cty.*, 817 So. 2d 847 (Fla. 2002); *Heilman v. Fla. Dep't of Revenue*, 727 So. 2d 958 (Fla. 4th DCA 1998); *but see Musa v. Wells Fargo Delaware Trust Co.*, 181 So. 3d 1275 (Fla. 1st DCA 2015).

WARNER, GROSS and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***